UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JUAN PERDOMO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ADT INC., Apollo Global Management LLC, Timothy J. Whall, Jeffrey Likosar, Marc E. Becker, Reed B. Rayman, Matthew H. Nord, Andrew D. Africk, Eric L. Press, Lee J. Solomon, Stephanie Drescher, Brett Watson, David Ryan, and P. Gray Finney, AP VIII Prime Security Services Holdings, L.P., AP VIII Prime Security Services Management, LLC, Apollo Global Securities, LLC, Apollo Management GP, LLC, Apollo Management Holdings GP, LLC, Apollo Management Holdings, L.P., Apollo Management, L.P., Barclays Capital Inc., Deutsche Bank Securities Inc., James D. DeVries, Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Prime Security Services TopCo Parent GP, LLC, Prime Security Services TopCo Parent, L.P., and RBC Capital Markets, LLC,<br><br>　　　　　　　　　　Defendants. | Case No. 18-CV-80668-MIDDLEBROOKS<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

All parties, by and through their attorneys, hereby notify the Court that they have reached an agreement-in-principle to settle all claims alleged in this matter. The parties are currently working to document the terms of the settlement and will update the Court on their progress. In the meantime, the parties respectfully request that the Court not take any further action in this matter, including on the pending motions to dismiss.

| | |
|---|---|
| Respectfully submitted, | DEFENDANTS |
| DATED: September 13, 2019 | By their counsel, |

*/s/ Steven Ellison*
**Steven Ellison**
Nelson Mullins Broad and Cassel
1 North Clematis Street
Suite 500
West Palm Beach, FL 33401-5049
561-832-3300
Fax: 655-1109
Email: steven.ellison@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kramer**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Fax: 757-3990
Email: dkramer@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lewis R. Clayton**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: lclayton@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kravitz**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212 373-3000
Email: rkravitz@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Attorneys for ADT Inc. and the individual defendants*

*/s/*

**Scott W. Atherton**
Atherton McAuliffe & Reeder PA
224 Datura Street
Suite 815
West Palm Beach, FL 33401
561-293-2530
Fax: 561-293-2593
Email: scott@athertonlg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence Michael Mullen**
Atherton McAuliffe & Reeder PA
224 Datura Street
Suite 815
West Palm Beach, FL 33401
561-293-2530
Fax: 561-293-2593
Email: terence@athertonlg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward N. Moss**
O'Melveny & Myers LLP
Seven Times Square
Times Square Tower
New York, NY 10036
212-728-5671
Email: emoss@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-408-2409
Email: jrosenberg@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel Asher**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
212-326-2271
Email: nasher@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Attorneys for Apollo Global Management LLC,
Prime Security Services TopCo Parent, L.P.,
Prime Security Services TopCo Parent GP, LLC,
AP VIII Prime Security Services Holdings, L.P.,
AP VIII Prime Security Service Management,
LLC, Apollo Management, L.P., Apollo
Management GP, LLC, Apollo Management
Holdings, L.P., and Apollo Management
Holdings GP, LLC*

/s/_____
**Joseph C. Coates III**
Greenberg Traurig, P.A.
777 South Flagler Dr., Suite 3000 East
West Palm Beach FL 33401
561-650-7900
Email: coatesj@gtlaw.com

**Todd G. Cosenza**
**Joseph G. Davis**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
212-728-8000
Email: tcosenza@willkie.com
*PRO HAC VICE APPLICATION PENDING*

*Attorneys for Morgan Stanley & Co. LLC,
Goldman Sachs & Co. LLC, Barclays Capital
Inc., Deutsche Bank Securities Inc., RBC Capital
Markets, LLC, and Apollo Global Securities, LLC*

LEAD PLAINTIFF

By his counsel,

*/s/ Joshua L. Crowell*
**Joshua L. Crowell**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
Email: jcrowell@glancylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leo Wassner Desmond**
5070 N. Highway A1A
Suite D
Vero Beach, FL 32963
772-231-9600
Fax: 772-231-0300
Email: lwd@verobeachlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*