**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| JUAN PERDOMO, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 9:18-cv-80668-DMM |
| v. | Hon. Donald M. Middlebrooks |
| ADT INC., et al., | |
| Defendants. | |

**[PROPOSED] ORDER STAYING CASE
PENDING SETTLEMENT APPROVAL PROCEEDINGS**

THIS CAUSE having come before the Court on the parties' Joint Motion to Stay Case Pending Settlement Approval Proceedings (the "Motion"), and this Court having considered the Motion and all other relevant factors, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The Federal Action shall be stayed pending the settlement approval process in the State Action;

3. The Federal Action shall be dismissed with prejudice upon entry of judgment in the State Action; and

4. Should the Settlement not become effective in accordance with the Settlement Stipulation, the parties shall return to their respective litigation positions as of September 13, 2019.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE

-2-