## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| JUAN PERDOMO, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 9:18-cv-80668-DMM |
| v. | Hon. Donald M. Middlebrooks |
| ADT INC., et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

On October 23, 2019, counsel for Lead Plaintiff Husam Assaf ("Lead Plaintiff") and Defendants[1] (together, the "Parties") appeared before the Court to further discuss the issues raised in the Parties' Joint Status Report (ECF No. 95) and Joint Motion to Stay Case Pending Settlement Approval Proceedings (ECF No. 93). During the hearing, the Court stated that it would not stay the case or hold Defendants' motions to dismiss in abeyance pending the settlement approval process in the state action, and the Court set forth a deadline of October 28, 2019, for the Parties to file dismissal papers (ECF No. 97).

Accordingly, Lead Plaintiff voluntarily dismisses the above-captioned action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Parties agree that the action should be dismissed without prejudice as to Lead Plaintiff and without prejudice as to unnamed class members. In addition, the Parties agree that each party should bear its own costs and attorneys' fees and that no party asserts that any of the parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

---

[1] "Defendants" are ADT, Inc., Timothy Whall, James DeVries, Jeffrey Likosar, P. Gray Finney, Andrew Africk, Marc Becker, Reed Rayman, Matthew Nord, Eric Press, Lee Solomon, Stephanie Drescher, Brett Watson, David Ryan, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., RBC Capital Markets, LLC, Apollo Global Securities, LLC, Apollo Global Management, LLC, Prime Security Services TopCo Parent, L.P., Prime Security Services TopCo Parent GP, LLC, AP VIII Prime Security Services Holdings, L.P., AP VIII Prime Security Service Management, LLC, Apollo Management, L.P., Apollo Management GP, LLC, Apollo Management Holdings, L.P., and Apollo Management Holdings GP, LLC.

                        Respectfully submitted,

Dated: October 28, 2019           */s/ Leo. W. Desmond*
                                       Leo W. Desmond
                                       Florida Bar No. 0041920
                                       DESMOND LAW FIRM, P.C.
                                       5070 Highway A1A, Suite D
                                       Vero Beach, Florida 32963
                                       Telephone: (772) 231-9600
                                       Facsimile: (772) 231-0300
                                       lwd@DesmondLawFirm.com

                                       *Liaison Counsel for Lead Plaintiff Husam and the Class*

                                       Joshua L. Crowell
                                       GLANCY PRONGAY & MURRAY LLP
                                       1925 Century Park East, Suite 2100
                                       Los Angeles, California 90067
                                       Telephone: (310) 201-9150
                                       Facsimile: (310) 201-9160
                                       jcrowell@glancylaw.com

                                       *Counsel for Lead Plaintiff Husam Assaf and Lead Counsel for the Class*

                                       Brian Schall
                                       THE SCHALL LAW FIRM
                                       1880 Century Park East, Suite 404
                                       Los Angeles, California 90067
                                       Telephone: (424) 303-1964
                                       brian@schallfirm.com

                                       *Additional Counsel for Lead Plaintiff Husam and the Class*

]

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

October 28, 2019                              Respectfully submitted,

                                              */s/ Leo W. Desmond*
                                              Leo W. Desmond