# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-80668-CV-MIDDLEBROOKS

JUAN PERDOMO,

      Plaintiff,

v.

ADT INC. et al.,

      Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Lead Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed October 28, 2019. (DE 98). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 29 day of October, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE